**Opinion issued December 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00616-CV

———————————

**ANGELINA GAILEY, DAN PATRICK GAILEY, TRUSTEE, AND PATRICK LEE GAILEY, TRUSTEE, Appellants**

**V.**

**ROSE THOMPSON, Appellee**

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 318,024**

## MEMORANDUM OPINION

Appellants, Angelina Gailey, Dan Patrick Gailey, Trustee, and Patrick Lee Gailey, Trustee, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp.

2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.